# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **Sadrick Bevard Johnson,** *Plaintiff* | § § § | |
| **v.** | § § § | **Case No. 1:26-cv-00598-DAE-SH** |
| **The Office of the Chief Disciplinary Counsel,** *Defendant* | § § § § | |

## ORDER

On March 13, 2026, the U.S. District Court for the Northern District of Texas transferred this case to this Court under 28 U.S.C. § 1404(a).[1] Dkt. 5. Plaintiff did not pay the filing fee or file an application to *in forma pauperis* in either court. Dkt. 1

Plaintiff is **ORDERED** to submit either the filing fee of $405 or a completed application to proceed *in forma* pauperis and financial affidavit in full[2] by **April 21, 2026**.

Failure to comply with the Court's Order by the deadline will result in the dismissal of this case for want of prosecution and failure to comply with a court order under Rule 41(b).

**SIGNED** on April 1, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 13, 2026, the District Court referred this case to this Magistrate Judge for disposition of an application to proceed *in forma pauperis*, and for recommendation as to whether the case should be dismissed as frivolous under 28 U.S.C. § 1915(e). Dkt. 8.

[2] The motion to proceed in forma pauperis is available on this Court's website at https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.